**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADOLFO J.M. BARAHONA, | **Case No. CV 15-00785 PSG (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| RAYMOND MADDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  12/22/2015

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE